THOMPSON-ARTHUR PAVING CO. v.
N. C. DEPT. OF TRANSPORTATION

No. 72P90

Case below: 97 N.C. App. 92

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 26 July 1990.

WAKE COUNTY ex rel. SMITH v. MANN

No. 344P90

Case below: 99 N.C. App. 363

Petition by defendant for writ of supersedeas and temporary
stay denied 31 July 1990. Petition by defendant for discretionary
review pursuant to G.S. 7A-31 denied 31 July 1990.

WEATHERLY v. DEPT. OF CRIME CONTROL
& PUBLIC SAFETY

No. 76P90

Case below: 96 N.C. App. 681

Motion by defendant to dismiss appeal for lack of substantial
constitutional question allowed 26 July 1990. Petition by plaintiff
for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

WEBSTER v. POWELL

No. 258A90

Case below: 98 N.C. App. 432

Petition by plaintiffs for discretionary review pursuant to G.S.
7A-31 and Appellate Rule 16(b) as to additional issues denied 26
July 1990.

WILKINS v. AMERICAN MOTORISTS INS. CO.

No. 98P90

Case below: 97 N.C. App. 266

Petition by plaintiffs for discretionary review pursuant to G.S.
7A-31 denied 26 July 1990.